ST. LOUIS, I. M. & S. RY. CO. v. EWING et al. (Circuit Court of Appeals, Fifth Circuit. January 19, 1904.) No. 1,249. In Error to the Circuit Court of the United States for the Northern District of Texas. John L. Henry and W. T. Henry, for plaintiff in error. F. P. Poston, F. M. Etheridge, J. E. Gilbert, and R. S. Baker, for defendants in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. We find no error in the record. The judgment of the Circuit Court is affirmed.

---

STEEL RAIL SUPPLY CO. v. BALTIMORE & L. RY. CO. (Circuit Court of Appeals, Third Circuit. November 2, 1903.) In Error to the Circuit Court of the United States for the Eastern District of Pennsylvania. Sur motion of defendant in error to dismiss the writ of error or to affirm the judgment entered in the court below. Before ACHESON, DALLAS, and GRAY, Circuit Judges.

PER CURIAM. Two reasons are assigned in support of this motion, namely: "First. Because the said writ of error is in effect from the judgment of this court to this court. Second. Because the learned trial judge had no authority to allow and sign the bill of exceptions (which said writ of error is to review) at the time when allowed and signed." In the special circumstances, these reasons, we think, do not furnish good ground for the allowance of the motion to dismiss or affirm, and the same must be denied. It is, however, proper for us to add that, in denying this motion, we are not to be understood as intimating any opinion upon the question of the legal sufficiency of the exception taken by the defendant below to the charge of the court, or as to any question touching the merits of the case. Motion denied.

---

VIRGINIA STATE INS. CO. v. A. B. FRANK & CO. GREENWICH INS. CO. v. SAME. (Circuit Court of Appeals, Fifth Circuit. January 5, 1904.) Nos. 1,226, 1,227. In Error to the Circuit Court of the United States for the Western District of Texas. N. W. Finley, for plaintiffs in error. Jno. Sehorn, for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The judgments in both the above-entitled cases are affirmed.